# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**ANGELA DEBOSE,**

    Plaintiff,

vs.                                         Case No. 4:22cv439-RH-MAF

**THE UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES,**

    Defendants.

_____/

## O R D E R

Plaintiff, proceeding pro se, seeks to initiate this case to assert claims against the Defendant "for continued post-employment discrimination/ retaliation through adverse actions designed to interfere with her employment, over the course of seven (7) years after her termination." ECF No. 1 at 2. There are two problems with this case proceeding.

First, Plaintiff did not pay the filing fee for this case nor did she file a motion requesting leave to proceed with in forma pauperis status as required by 28 U.S.C. § 1915(a). If Plaintiff desires to pursue this litigation, she must either pay the filing fee or file a properly supported in forma

pauperis motion no later than **January 17, 2023**. The Clerk of Court shall provide Plaintiff with a copy of the in forma pauperis application packet used in this Court.

Second, Plaintiff's complaint acknowledges that venue for this case is proper in the Middle District of Florida pursuant to 28 U.S.C. § 1391(b). ECF No. 1 at 3. However, Plaintiff contends that the Middle District "has barred this filing" and, "therefore, Plaintiff is applying for jurisdiction in this Court." *Id.* Plaintiff must file a response to this Order which explains that assertion and attaches a copy of the court order issued by the Middle District which she believes bars this case from proceeding in that Court. Plaintiff's deadline to comply with this part of the Order is also **January 17, 2023**.

No further action will take place in this case until Plaintiff complies with this Order.

Accordingly, it is

**ORDERED:**

1. The Clerk of Court shall forward to Plaintiff an application packet for requesting in forma pauperis status by a non-prisoner.

2.  Plaintiff shall have until **January 17, 2023**, to either file a completed in forma pauperis motion supported by her financial affidavit, or to pay the $402.00 filing fee.

3.  Plaintiff has until **January 17, 2023**, to submit a copy of the order from the United States District Court for the Middle District of Florida which barred Plaintiff from filing this action in that court and she must file a response to this Order which explains her contention that she is barred from proceeding before that court.

4.  Plaintiff must keep the Clerk of Court informed of any change to her mailing address.  If mail from this Court cannot reach Plaintiff, this case will be dismissed.

5.  **Failure to comply with this Court Order may result in a recommendation of dismissal of this action.**

6.  The Clerk of Court shall return this file upon receipt of Plaintiff's compliance with this Order or no later than January 17, 2023.

**DONE AND ORDERED** on December 14, 2022.

S/   Martin A. Fitzpatrick
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 4:22cv439-RH-MAF