UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANGELA DEBOSE,

    Plaintiff,

v.                        CASE NO. 4:22-CV-00439-RH-MAF

UNIVERSITY OF SOUTH
FLORIDA BOARD OF
TRUSTEES,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF CORRECTION REGARDING MOTION TO DISMISS AND TO STRIKE

Defendant University of South Florida Board of Trustees ("USFBOT"), by and through its undersigned counsel hereby files the following Notice of Correction:

Following the filing of Defendant's Motion to Dismiss and to Strike [Doc. 11] on January 31, 2023, the undersigned counsel learned that plaintiff Angela DeBose ("DeBose") provided notice to the USFBOT pursuant to the requirements of § 768.28, *Fla. Stat*. Accordingly, USFBOT withdraws its argument regarding the same submitted in the Motion to Dismiss. [Doc. 40, II(E), pp. 13-14].

                                  Respectfully submitted,

                                  /s/ Cayla M. Page
                                  Richard C. McCrea, Jr.
                                  Florida Bar No. 351539
                                  Email: mccrear@gtlaw.com

                                                Cayla McCrea Page
Florida Bar No. 1003487
Email: pagec@gtlaw.com
GREENBERG TRAURIG, P.A.
101 E. Kennedy Boulevard, Suite 1900
Tampa, FL 33602
Telephone: (813) 318-5700
Facsimile: (813) 318-5900
Attorneys for Defendant
University of South Florida Board of Trustees

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 2, 2023, I filed the foregoing using the CM/ECF system and electronically served the foregoing by email and a copy by U.S. mail to:

Angela DeBose, Pro Se
1107 W. Kirby Street
Tampa, FL 33604
awdebose@aol.com

                                                /s/ Cayla M. Page
                                                  Attorney