## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**ANGELA DEBOSE,**

    **Plaintiff,**

**vs.**                                              **Case No. 4:22cv439-RH-MAF**

**THE UNIVERSITY OF SOUTH
FLORIDA BOARD OF TRUSTEES,**

    **Defendant.**

_____/

## O R D E R

Plaintiff, proceeding pro se, initiated this case on December 8, 2022, asserting the Defendant has committed "unlawful employment-related practices." ECF No. 1 at 3. Since Plaintiff paid the filing fee, ECF No. 6, service of the complaint was directed. ECF No. 7. Two notices of the appearance of counsel have been filed, ECF Nos. 9-10, along with a motion to dismiss and motion to strike, ECF No. 11. Today, Defendant has also filed a notice of correction, ECF No. 12, which withdraws one argument raised in the motion to dismiss - that Plaintiff did not provide "notice to the USFBOT pursuant to the requirements of § 768.28, Fla. Stat.

ECF No. 12 at 1. Notably, in withdrawing that argument, the notice cites to "Doc. 40, II(E), pp. 13-14." *Id.* The argument was raised on pages 13-14 of the motion, but the motion was filed as ECF No. 11, not ECF No. 40.

With that clarification, Plaintiff is advised that pursuant to the Local Rules of this Court, a party opposing a motion must file a memorandum in opposition. N.D. Fla. Loc. R. 7.1(E). Plaintiff shall have until **March 2, 2023**, to file a response to the motion to dismiss and to strike, ECF No. 11. Plaintiff is advised that the Court may grant Defendant's motion "by default" if Plaintiff "does not file a memorandum as required by this rule." N.D. Fla. Loc. R. 7.1(H).

Accordingly, it is

**ORDERED:**

1. Ruling is **DEFERRED** on Defendant's motion to dismiss and to strike, ECF No. 11.

2. Plaintiff shall have until **March 2, 2023**, to file a response in opposition to the pending motion, ECF No. 11.

3. Plaintiff is reminded that from this point forward, she must mail a copy of every pleading or other paper, including motions and notices, submitted for filing in this case to counsel for the Defendant. Plaintiff must

include with the original paper to be filed with the Clerk of Court a "certificate of service" which states the date a correct copy of the paper was mailed to opposing counsel. Any paper submitted for filing which does not contain a "certificate of service" shall be returned by the Clerk and disregarded by the Court.

    4. Plaintiff is reminded that she must keep the Clerk's Office informed of any change in her mailing address. This case will be dismissed if mail from the Court cannot reach Plaintiff and is returned as "undeliverable."

    5. The Clerk of Court shall return this file upon Plaintiff's filing of a response to the motion to dismiss and to strike, ECF No. 11, or no later than March 2, 2023.

    **DONE AND ORDERED** on February 2, 2023.

                                     S/ Martin A. Fitzpatrick
                                     **MARTIN A. FITZPATRICK**
                                     **UNITED STATES MAGISTRATE JUDGE**