IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| ANGELA DEBOSE, | ) |
| Plaintiff, | ) |
| v. | ) CASE No.: 4:22cv439-RH-MAF |
| UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES, | ) |
| Defendant. | ) |

## NOTICE OF 768.28 LETTER SERVED

Plaintiff Angela DeBose hereby files notice and proof of service of the attached 768.28 letter served on the University of South Florida Board of Trustees and the Florida Department of Financial Services.

Submitted: 1/31/2023

Respectfully,
/s/ Angela DeBose
Angela DeBose, Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **31st** day of January 2023, the above and foregoing was sent by US postal mail for filing by the Clerk of the Court.

/s/ Angela DeBose
Angela DeBose
1107 W. Kirby Street
Tampa, Florida 33604
Telephone: (813) 932-6959
Email: awdebose@aol.com



Angela DeBose
1107 W. Kirby St.
Tampa, FL 33604

December 12, 2022

### * NOTICE OF CLAIM PURSUANT TO SECTION 768.28(6)(a), *FLORIDA STATUTES* *
### CERTIFIED RETURN/RECEIPT REQUESTED

| | |
|---|---|
| University of South Florida<br>Office of General Counsel<br>4202 E. Fowler Ave., CGS 301<br>Tampa, FL 33620-4301<br>[tracking number re: certified mail] | Florida Department of Financial Services<br>Division of Risk Management<br>200 East Gaines Street<br>Tallahassee, FL 32399-0336<br>Attached |
| Client/Claimant<br>Street Address<br>City, State, Zip Code<br>Date of Birth<br>Soc. Sec. Number<br>Place of Birth<br>Date of Incident(s)<br>Type of Claim | Angela DeBose<br>1107 W. Kirby Street<br>Tampa, FL 33604<br>02/19/1962<br><br>Tampa, FL 33604<br>January 2, 2022 - present<br>Post-employment discrimination/<br>retaliation, hate crimes |
| Incident Location<br><br>To Gerard D. Solis: | Florida Polytechnic University, 4700<br>Research Way, Lakeland, Florida 33805 |

The above and foregoing notice describes or identifies the occurrences as alleged in the enclosed Complaint, which includes or names the University of South Florida Board of Trustees ("USFBOT") as a party. This letter is dispatched as notice pursuant to 768.28(6)(a), Florida Statutes. I am hereby giving notice of claims against the University for payment of all damages I have sustained, including litigation costs.

If USFBOT denies responsibility, please advise me in writing. If USFBOT finds this letter fails to comply with section 768.28(6)(a), Florida Statutes, please advise accordingly. Also, if you believe the University does not have liability, please identify by name and correct mailing address of the State agency or subdivision, which does have responsibility for this claim. Note that a copy has been provided to the Florida Department of Financial Services.

From: DoNotReply@ereceipt.usps.gov,
To: AWDEBOSE@AOL.COM,
Subject: USPS eReceipt
Date: Wed, Jan 4, 2023 10:48 am



## UNITED STATES POSTAL SERVICE®

```
              SULPHUR SPRINGS
              6706 N NEBRASKA AVE
              TAMPA, FL 33604-9998
                 (800)275-8777
01/04/2023                                              10:47 AM
----------------------------------------------------------------
Product                          Qty        Unit         Price
                                             Price
----------------------------------------------------------------
Priority Mail®                    1                      $9.40
    Tallahassee, FL 32399
    Weight: 0 lb 11.00 oz
    Expected Delivery Date
        Fri 01/06/2023
    Tracking #:
        9505 5160 4868 3004 7074 59
    Insurance                                            $0.00
        Up to $100.00 included
Total                                                    $9.40

First-Class Mail®                 1                      $1.20
Large Envelope
    Tampa, FL 33620
    Weight: 0 lb 1.00 oz
    Estimated Delivery Date
        Fri 01/06/2023
    Mails Rate Quote                                    -$1.20
Total                                                    $0.00

First-Class Mail®                 1                      $1.44
Large Envelope
    Tampa, FL 33620
    Weight: 0 lb 1.10 oz
    Estimated Delivery Date
        Fri 01/06/2023

----------------------------------------------------------------
Grand Total:                                            $10.84
----------------------------------------------------------------
Debit Card Remit                                        $10.84
    Card Name: VISA
    Account #: XXXXXXXXXXXX6559
    Approval #: 004723
    Transaction #: 217
    Receipt #: 040039
    Debit Card Purchase: $10.84
    AID: A0000000980840        Chip
    AL: US DEBIT
    PIN: Verified
----------------------------------------------------------------

        Text your tracking number to 28777 (2USPS)
         to get the latest status. Standard Message
          and Data rates may apply. You may also
         visit www.usps.com USPS Tracking or call
                    1-800-222-1811.

         Save this receipt as evidence of
        insurance. For information on filing an
               insurance claim go to
          https://www.usps.com/help/claims.htm
                 or call 1-800-222-1811

                  Preview your Mail
                  Track your Packages
```

```
                    Sign up for FREE @
                 https://informeddelivery.usps.com

               All sales final on stamps and postage.
               Refunds for guaranteed services only.
                    Thank you for your business.

                  Tell us about your experience.
                Go to: https://postalexperience.com/pos?mt=9
                       or call 1-800-410-7420.


-------------------------------------------------------------------------
UFN: 118939-0604
Receipt #: 840-53350038-3-5509096-2
Clerk: 33
```

**Privacy Act Statement:** Your information will be used to provide you with an electronic receipt for your purchase transaction via email. Collection is authorized by 39 USC 401, 403, and 404. Providing the information is voluntary, but if not provided, we will be unable to process your request to receive an electronic receipt. We do not disclose your information to third parties without your consent, except to facilitate the transaction, to act on your behalf or request, or as legally required. This includes the following limited circumstances: to a congressional office on your behalf; to financial entities regarding financial transaction issues; to a U.S. Postal Service auditor; to entities, including law enforcement, as required by law or in legal proceedings; to contractors and other entities aiding us to fulfill the service (service providers); to process servers; to domestic government agencies if needed as part of their duties; and to a foreign government agency for violations and alleged violations of law. For more information on our privacy policies visit www.usps.com/privacypolicy.

This is an automated email. Please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of this email by you is prohibited.

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9505516048683004707459

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 5:05 am on January 6, 2023 in TALLAHASSEE, FL 32399.

### Get More Out of USPS Tracking:

**USPS Tracking Plus®**

### Delivered

**Delivered, Individual Picked Up at Postal Facility**
TALLAHASSEE, FL 32399
January 6, 2023, 5:05 am

**Arrived at Post Office**
TALLAHASSEE, FL 32301
January 6, 2023, 4:17 am

**Departed USPS Regional Destination Facility**
TALLAHASSEE FL DISTRIBUTION CENTER
January 5, 2023, 12:15 pm

**Arrived at USPS Regional Facility**
TALLAHASSEE FL DISTRIBUTION CENTER
January 5, 2023, 10:43 am

**Departed USPS Facility**
TAMPA, FL 33630
January 5, 2023, 5:40 am

**Arrived at USPS Facility**

TAMPA, FL 33630
January 5, 2023, 5:32 am

**Departed USPS Regional Facility**

YBOR CITY FL DISTRIBUTION CENTER
January 5, 2023, 5:03 am

**Arrived at USPS Regional Origin Facility**

YBOR CITY FL DISTRIBUTION CENTER
January 4, 2023, 11:31 pm

**USPS in possession of item**

TAMPA, FL 33604
January 4, 2023, 10:45 am

Hide Tracking History

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**



Angela DeBose
1107 W. Kirby St.
Tampa, FL 33604

**SHIP TO:**
111 N ADAMS ST
STE 322
TALLAHASSEE FL 32301-7730

USPS TRACKING #
9500 1146 2899 3031 0532 18

US POSTAGE PAID
$5.55
Origin: 33630
01/31/23
1189440600-19

FIRST-CLASS PKG SVC - RTL™
0 Lb 4.30 Oz
RDC 06
C001

United States District Court
Northern District of Florida
Office of the Clerk
111 No. Adams St., Suite 322
Tallahassee, FL 32301-7717

FEB 02 2023