IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| ANGELA DEBOSE, | ) |
| Plaintiff, | ) |
| v. | ) CASE No.: 4:22cv439-RH-MAF |
| UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES, | ) |
| Defendant. | ) |

## MOTION TO FILE ELECTRONICALLY

Plaintiff, Angela DeBose, moves the Court to file electronically and receive notices and documents by email, via the Court's Electronic Case Filing (CM/ECF) system. In support of the motion, Plaintiff states as follows:

1. Plaintiff presently has access to E-Filing with the Middle District Court of Florida and the Eleventh Circuit Court and utilizes the system, as appropriate, to submit her pleadings and papers.

2. However, this new case with the Northern District is not accessible.

3. Plaintiff affirms that she has reviewed the instructions and requirements for E-Filing and agrees to comply.

4. The ability to file electronically is more efficient and cost effective. The Plaintiff will timely receiving notifications and thus will be responsive to orders and other papers.

5. The Plaintiff will have time for research and planning to timely meet filing deadlines.



WHEREFORE, Plaintiff respectfully asks the Court that her motion to file electronically be granted.

**Submitted January 31, 2023**

_____
Angela DeBose, Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **31st** day of January, 2023, the above and foregoing was sent via U.S. postal mail for filing to the Clerk of the Court.

Respectfully submitted,

_____
Angela DeBose, Plaintiff
awdebose@aol.com
1107 W. Kirby St.
Tampa, Florida 33604
Phone: (813) 230-3023
Email: awdebose@aol.com

Angela DeBose
1107 W. Kirby St.
Tampa, FL 33604

USPS First-Class Pkg Svc-RTL
US Postage Paid $5.55
Origin: 33630
01/31/23
1189440600-19
0 Lb 4.30 Oz
RDC 06
C001

SHIP TO:
111 N ADAMS ST
STE 322
TALLAHASSEE FL 32301-7730

USPS TRACKING #
9500 1146 2899 3031 0532 18

United States District Court
Northern District of Florida
Office of the Clerk
111 N. Adams St., Suite 322
Tallahassee, FL 32301-7717

FEB 02 2023