IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANGELA DEBOSE,

    Plaintiff,

v.                                                    CASE NO. 4:22cv439-RH-MAF

UNIVERSITY OF SOUTH FLORIDA
BOARD OF TRUSTEES,

    Defendant.

_____/

ORDER OVERRULING THE OBJECTIONS
TO THE ORDER OF FEBRUARY 6, 2023

    The plaintiff has filed objections, ECF No. 19, to the magistrate judge's nondispositive order of February 6, 2023, ECF No. 18. I have reviewed the order and objections under Federal Rule of Civil Procedure 72(a). The order is neither clearly erroneous nor contrary to law.

    No purpose would be served by responding to each of the plaintiff's various assertions. But one point should be mentioned. The plaintiff asserts a defendant cannot properly move to dismiss before entry of a scheduling order and that the defendant's motion to dismiss thus should be struck. The assertion is frivolous.

Case 4:22-cv-00439-RH-MAF   Document 23   Filed 03/02/23   Page 2 of 2

Page 2 of 2

IT IS ORDERED:

The objections, ECF No. 19, are overruled. The February 6 order is approved.

SO ORDERED on March 2, 2023.

s/Robert L. Hinkle  
United States District Judge

Case No. 4:22cv439-RH-MAF