# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

ANGELA DEBOSE,

      Plaintiff,

v.                        CASE NO.  4:22cv439-RH-MAF

THE UNIVERSITY OF SOUTH
FLORIDA BOARD OF TRUSTEES,

      Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 24, and the objections, ECF No. 25. I have reviewed de novo the issues raised by the objections. Upon consideration,

IT IS ORDERED:

1. The report and recommendation is accepted and adopted as the court's opinion.

2. The defendant's motion to dismiss, ECF No. 11, is granted.

3. The clerk must enter judgment stating, "This case is dismissed."

4. The clerk must close the file.

SO ORDERED on April 16, 2023.

                s/Robert L. Hinkle_____
                United States District Judge