# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

ANGELA DEBOSE,

    Plaintiff,

v.                                                  CASE NO. 4:22cv439-RH-MAF

THE UNIVERSITY OF SOUTH
FLORIDA BOARD OF TRUSTEES,

    Defendant.

_____/

## ORDER DENYING THE MOTION TO
## ALTER OR AMEND THE JUDGMENT

The plaintiff has moved to alter or amend the April 17, 2023 judgment and the April 16, 2023 order that directed entry of the judgment. The plaintiff has not shown a basis to alter or amend; the judgment and order were correct. Only two matters warrant discussion.

First, the plaintiff asserts "it is more probable than not" that the defendant provided information to the court. This may be an assertion that information was provided ex parte, not on the record. The assertion is false. No information has been provided other than on the record.

Second, the plaintiff asserts I did not review de novo the magistrate judge's report and recommendation, even though the April 16 order explicitly said I did. The plaintiff's assertion is again false.

IT IS ORDERED:

The plaintiff's motion, ECF No. 28, to alter or amend the judgment and the order directing its entry is denied.

SO ORDERED on April 27, 2023.

s/Robert L. Hinkle<br>United States District Judge