IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| ANGELA DEBOSE, | ) |
| Plaintiff, | ) |
| v. | ) CASE No.: 4:22cv439-RH-MAF |
| UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES, | ) |
| Defendant. | ) |

**PLAINTIFF'S TIME-SENSITIVE MOTION FOR RELIEF FROM JUDGMENT
DUE TO CLERICAL ERROR AND NEW EVIDENCE AND FOR FINDINGS OF FACT**

Pursuant to Rule 60, Plaintiff Angela DeBose moves the Court for Relief from Judgment due to clerical error, mistake, or inadvertence and also new evidence under Rule 60(b)(2). Plaintiff requests the Court to make additional factual findings under Rule 52(b), whether or not granting the motion would alter the judgment. Plaintiff states as follows:

**BACKGROUND**

1. On February 12, 2023, Plaintiff filed an Objection and Time-Sensitive Motion for Miscellaneous Relief (the Motion), (Doc. 19). The miscellaneous relief included a motion for Reconsideration based on new evidence that provided insight into the Court's reasoning, (Motion, Doc. 19, pg. 6).

2. The new evidence submitted with the Motion included a Motion and Supporting Affidavit for Mandatory Disqualification of District Court Judge, exposing the judge's bias and an undisclosed conflict involving defendant Gregory P. Holder ("Holder") in Case 8:21-cv-02127-SDM-AAS. The evidence also exposed a conflict among the district judge,



Holder, and the Defendant in the instant action, the University of South Florida Board of Trustees ("USFBOT"). See resubmitted evidence, [**Exhibit 1**].

3. The evidence was provided to show the merits and that the District Court ended the case to prevent discovery and having the case fully litigated or finally and adversely determined against Defendant Holder, in this instance, on the merits.

4. On February 15, 2023, this Clerk mistakenly or inadvertently returned the documents submitted with the Motion, stating the documents were "submitted to the wrong court," [**Exhibit 2**].

5. On March 2, 2023, the Court overruled the Objections, (Doc. 23), making only a legal finding or conclusion of law about the scheduling order, (pg. 1). The Court made no finding on other facts argued along with supporting evidence. Plaintiff asks for relief under Rule 60(a) for the clerical error or mistake. The request is timely and within one year. Plaintiff also asks for findings of fact of the inadvertently excluded evidence and the following new evidence under Rule 52(b) and Rule 60(b)(2):

NEW EVIDENCE

a. Notice of Formal Charges against Holder in JQC 01-303. In 1999, in the State of Florida, The Florida Federal Judicial Nominating Commission promulgated an "APPLICATION FOR NOMINATION AS JUDGE OF THE DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA", containing a series of questions to be answered by applicants to such position. Holder was charged in JQC 01-303 with answering a question falsely concerning prior disciplinary actions against him. [**Exhibit 3**]. This evidence shows that Holder had

connections to and interest in becoming an MDF judge. The application may show if Holder used Merryday as a reference.

b.  In Case SC02-33, the JQC and Holder stipulated to dismiss the charges on the basis that Holder would answer truthfully in the future. [**Exhibit 4**]. Holder received a minor slap on the wrist for *falsifying* an application for a judgeship.

c.  *Farrukh v. Univ. of S. Fla. Bd. of Trs.*, Case No. 8:20-cv-73-VMC-TGW (M.D. Fla. May. 27, 2021). Holder was the mediator. The evidence will show that like DeBose, no disclosure was made to student ABDUL REHMAN FARRUKH that Holder that he was an employee of the Defendant, USFBOT at the time he was appointed to mediate the case. Notably, this student filed a civil rights act and discrimination lawsuit against USFBOT, exposing a pattern/practice to protect state government agency, USF.

**WHEREFORE**, Plaintiff respectfully asks this Court for relief to correct the record.

Respectfully submitted,

/s/ *Angela DeBose*
Angela DeBose
1107 W. Kirby Street
Tampa, Florida 33604
Telephone: (813) 932-6959
Email: awdebose@aol.com

Local Rule 3.01(g) Certification

Plaintiff certifies that she has conferred with the opposing party, and the parties do not agree on the resolution of all or part of the motion, and the motion will be opposed.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May **21st**, 2023, a true and correct copy of the above and foregoing was filed electronically and will send an email notification to all counsels of record.

/s/ *Angela DeBose*
Angela DeBose
1107 W. Kirby Street
Tampa, Florida 33604
Telephone: (813) 932-6959
Email: awdebose@aol.com

Angela DeBose
1107 W. Kirby St.
Tampa, FL 33604

CERTIFIED MAIL

9589 0710 5270 0572 6580 26

U
N
C



United States District Court
Northern District of Florida
Clerk of the Court
111 North Adams St., Ste. 322
Tallahassee, FL 32301-7717