# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

ANGELA DEBOSE,

       Plaintiff,

v.                                                       CASE NO.  4:22cv439-RH-MAF

THE UNIVERSITY OF SOUTH
FLORIDA BOARD OF TRUSTEES,

       Defendant.

_____/

## <u>ORDER DENYING THE 60(b) MOTION</u>

This case ended with the entry of judgment on April 17, 2023. The plaintiff moved to alter or amend the judgment, but the motion was plainly unfounded, and it was promptly denied. The plaintiff now has moved for relief from the judgment under Federal Rule of Civil Procedure 60. She asserts the judgment was based on a clerical error, mistake, or inadvertence, and that there is new evidence. But the judgment was correct; it was not based on a clerical error, mistake, or inadvertence; and the plaintiff has not pointed to evidence that is new or would have made any difference.

The plaintiff's filing of this lawsuit in this district bordered on sanctionable misconduct. Her continued effort to litigate the issue here has brought her closer

and closer to sanctionable misconduct. The plaintiff should take note: the court's

tolerance of frivolous filings is nearing an end.

IT IS ORDERED:

The plaintiff's motion, ECF No. 30, for Rule 60 relief from the judgment is

denied.

SO ORDERED on May 26, 2023.

s/Robert L. Hinkle
United States District Judge