IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANGELA DEBOSE,

     Plaintiff,

v.                                    CASE NO. 4:22cv439-RH-MAF

THE UNIVERSITY OF SOUTH
FLORIDA BOARD OF TRUSTEES,

     Defendant.

_____/

## ORDER DENYING THE MOTION
## TO CERTIFY THE MAY 26 ORDER

The plaintiff has moved to certify as "final and appealable" the May 26, 2023 order denying her Federal Rule of Civil Procedure 60 motion for relief from the judgment. The motion is yet another instance of the plaintiff needlessly multiplying the proceedings. Judgment dismissing the action was entered long ago. The order denying the Rule 60 motion disposed of that motion. An appeal will be frivolous, but the order is appealable. There is no need to certify the order.

IT IS ORDERED:

The motion to certify, ECF No. 33, is denied as moot.

SO ORDERED on June 9, 2023.

                                          s/Robert L. Hinkle
                                          United States District Judge