IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANGELA DEBOSE,
    Plaintiff,

v.                                  CASE NO. 4:22cv439-RH-MAF

UNIVERSITY OF SOUTH FLORIDA
BOARD OF TRUSTEES,
    Defendant.
_____/

**PLAINTIFF'S NOTICE OF FILING
OF PETITION FOR WRIT OF MANDAMUS**

Plaintiff Angela DeBose hereby files notice of filing of a Petition for a Writ of Mandamus directed to the Eleventh Circuit Court of Appeals.

Respectfully submitted this **7th** day of July 2023.

/s/ Angela DeBose
Angela DeBose, Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this **7th** day of July, 2023, the above and foregoing was filed electronically, which will email all counsels of record.

/s/ Angela DeBose
Angela DeBose
1107 W. Kirby Street
Tampa, Florida 33604
Telephone: (813) 932-6959
Email: awdebose@aol.com

FILED USDC FLND TL
JUL 11 '23 PM2:48

Angela DuBose
1107 W. Kirby St.
Tampa, FL 33604

JUL 11 2023

US District Court Clerk
United States Courthouse
111 N. Adams St., #322
Tallahassee, FL 32301

