# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10350

_____

In re: ANGELA W. DEBOSE,

                                                                                   Petitioner.

_____

On Petition for Writ of Mandamus to the
United States District Court for the
Northern District of Florida
D.C. Docket No. 4:22-cv-00439RH-MAF

_____

Before JORDAN and JILL PRYOR, Circuit Judges.

BY THE COURT:

2                        Order of the Court                        24-10350

Before this Court are two motions from the Petitioner. First, the Petitioner moves to apply to this case a filing fee she paid to the district court on July 26, 2023, after her petition in Case Number 23-12235 was dismissed for lack of a filing fee or an application to proceed *in forma pauperis*. Second, the Petitioner moves this Court to reconsider its order dated April 29, 2024, that stated her "motion to proceed in forma pauperis, in which she requests this Court waive her filing fee, is denied."

We DENY AS MOOT Petitioner's request to apply the filing fee she submitted to the district court in July 2023. On January 19, 2024, the district court notified Petitioner that, should the dismissal of Case Number 23-12235 "ultimately stand," her $505 filing fee would be refunded. That dismissal stands because this Court denied the Petitioner's motion to reinstate Case Number 23-12235 on October 30, 2023, and denied her motion to reconsider that ruling on December 8, 2023.

To the extent that Petitioner seeks refund of filing fees paid to the district court, she should seek such relief below.

We DENY Petitioner's request to reconsider this Court's order dated April 29, 2024. That order accurately described Petitioner's motion as requesting a waiver of her filing fee, which is not allowed under I.O.P. to Federal Rule of Appellate Procedure 21. That provision states that "[t]he court of appeals docketing fee prescribed by the Judicial Conference of the United States in the Court of Appeals Miscellaneous Fee Schedule issued pursuant to 28 U.S.C. § 1913, is due upon filing of the petition."

24-10350 Order of the Court 3

Petitioner offers to pay the $600 filing fee. Petitioner may, within 14 days of the date of this order, move this Court to accept her filing fee out-of-time. Petitioner's motion must be accompanied by her filing fee. Alternatively, Petitioner may file a motion to proceed *in forma pauperis*.